## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

| | |
|---|---|
| Galal Abdelkader<br>SSN:   ###-##-1012<br><br>            Debtor | Chapter 13<br><br>Case No. 16-10005-RGM |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court on March 17, 2016, upon Trustee's Motion to Dismiss with Prejudice.  For the reasons stated from the bench, it is hereby

ORDERED, that Trustee's Motion to Dismiss shall be granted, and this case shall be dismissed WITH PREJUDICE to Debtor refiling another bankruptcy case in any U.S. Bankruptcy Court for a period of 180 days from entry of this Order; and it is further

ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ -0-      to the Clerk of Court within ten (10) days of the date of this order; and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C.  330(a)(1)(B); and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

_____

Mar 21 2016

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

 /s/ Robert G. Mayer
Robert G. Mayer
U. S. Bankruptcy Judge

EOD 3/21/2016 sas

Local Rule 9022-1(C) Certification

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 2
Galal Abdelkader
Case #16-10005-RGM


**PARTIES TO RECEIVE COPIES**


Galal Abdelkader
Chapter 13 Debtor
42848 Sidney Place
Ashburn, VA 20148


Nathan Fisher, Esq.
Attorney for Debtor
3977 Chain Bridge Rd., #2
Fairfax, VA 22030


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314